RECEIVED
DEC 2 0 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA A. HALLER, ET AL. | MISC. CASE NO. 16-mc-84 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Barbara A. Haller, as Representative and Derivative; Judith A. Berry, Nancy L. Mitoraj and Beverly I. Berry, as Derivative Claimants of the Estate of Thomas Berry, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 20th day of December, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE